## Scherman, Appellant, v. Calantoni.

Argued November 14, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Herbert Fishbone,* with him *Fishbone and Refowich, P. C.,* for appellant.

*Patrick W. Kittredge,* with him *Harold Greenberg, Martin D. Cohen,* and *Cohen, Shapiro, Polisher Shiekman and Cohen,* for appellees.

658

OPINION PER CURIAM, November 20, 1974:
Decree affirmed. Costs on appellant.

DISSENTING OPINION BY MR. JUSTICE ROBERTS:
In my view, the entry of nonsuit by the chancellor in favor of George Calantoni & Sons, Inc., was error. I would vacate the decree of nonsuit with respect to the corporate defendant and remand for further proceedings.